# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 128 EAL 2014
:
         Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
      v. :
:
:
:
MARCO A. SANMARCO, :
:
        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.